**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 7 CASE |
| WAGNER, MELISSA KAY ) | |
| ) | CASE NO. 05-74370 MB |
| ) | |
| ) | JUDGE MANUEL BARBOSA |
| Debtor(s) ) | |

**TRUSTEE'S FINAL REPORT**

To:  THE HONORABLE
     BANKRUPTCY JUDGE MANUEL BARBOSA

   NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 08/26/2005.  BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 08/26/2005.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $35,020.00.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of December 15, 2006 is as follows:

   a.   RECEIPTS (See Exhibit C)                                   46,734.45
   b.   DISBURSEMENTS (See Exhibit C)                              41,341.64
   c.   NET CASH available for distribution                          5,392.81
   d.   TRUSTEE/PROFESSIONAL COSTS
        1.   Trustee compensation requested                          2,207.13
             (See Exhibit E)

  2. Trustee Expenses (See Exhibit E)    256.77

  3. Compensation requested by attorney or other

    professionals for trustee (See Exhibit F)    0.00

5. The Bar Date for filing unsecured claims expired on 05/18/2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D).  The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a. Allowed unpaid Secured Claims    0.00
  b. Chapter 7 Administrative and 28 U.S.C. §1930 Claims    2,463.90
  c. Allowed Chapter 11 Administrative Claims    0.00
  d. Allowed Priority Claims    0.00
  e. Allowed Unsecured Claims    16,233.55

7. Trustee proposes that unsecured creditors receive a distribution of 18.04% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $243.75.  Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $0.00.  The total of Chapter 7 professional fees and expenses requested for final allowance is $2,463.90 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $650.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

  WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

      RESPECTFULLY SUBMITTED:


Dated: 12/18/2006    By: /s/ Bradley J. Waller
        BRADLEY J. WALLER, TRUSTEE
        KLEIN STODDARD BUCK WALLER & LEWIS
        2045 ABERDEEN COURT
        SYCAMORE, IL  60178

Melissa K. Wagner
05-74370

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors. Trustee learned of a fire that destroyed debtor's residence. The Trustee contacted the insurance company. Monies were obtained and used to pay off the mortgage and demolition and clean-up costs. The balance of said monies remained property of the estate.

The Trustee prepared semi-annual reports to the United States Trustee's Office.

The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets. After consultation with a realtor, the Trustee determined that after the costs of sale, the vacant lot had no value to this estate.

The Trustee and Trustee's accountant determined that there were no tax issues concerning the estate.

The Trustee reviewed the claims filed in this case.

# Memorandum

To:     Brad Waller

CC:

From:   Lee Schwendner

Date:   6/19/2006

Re:     Bankruptcy Estate of Melissa Wagner

---

The bankruptcy estate of an individual is required to file a fiduciary income tax return for any year in which the entity has gross income that equals or exceeds the sum of the personal exemption amount plus the standard deduction for married persons filing separately. For the year 2006 this sum is $8,450. Accordingly, if gross income is below $8,450 a return is not required.

The bankruptcy estate came into possession of certain real estate of the debtor. The building was destroyed by fire in November 2005 and insurance proceeds were received. The property had been owned by the debtor since 1996. The debtor lived in the residential property until 2003. The property was held for rental use after the period of residency.

An individual may exclude from income gain on the sale or exchange of certain residential property. As a general rule, gain may be excluded if, during the five year period preceding the date of sale or exchange, the individual owned and used the property for two years or more. A bankruptcy estate is allowed this exclusion if the property would qualify for exclusion in the hands of the debtor.

In this case the property would qualify for the exclusion. The debtor owned and used the property as a principal residence for at least two years during the five year period preceding the disposition in November 2005. Therefore if there is a gain based on an excess of insurance proceeds over the basis of the property, the gain would be excluded from taxable income.

The residential exclusion does not apply, and gain is recognized, to the extent that depreciation has been claimed with respect to any rental use of the property. Assuming that the depreciable basis for the property in this case is approximately $35,000, the depreciation per year on the property would be estimated to be $1,273. Therefore, two years of depreciation as rental property would not create recapture income in excess of the bankruptcy estate filing threshold.

Based on the disposition of the building, for 2006 the estate is below the filing threshold and is not required to file a return.

1

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-74370 MB  
**Case Name:** WAGNER, MELISSA KAY  
**Period Ending:** 12/18/06  

**Trustee:** (330501) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 08/26/05 (f)  
**§341(a) Meeting Date:** 10/14/05  
**Claims Bar Date:** 05/18/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RENTAL PROPERTY<br>The dwelling was destroyed by fire, but the lot remains. | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 60.00 | 0.00 | DA | 0.00 | FA |
| 3 | SAVINGS ACCOUNT | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING ACCOUNT | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | JEWELRY | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1999 BUICK CENTURY | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1996 FORD F150 | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | INSURANCE PROCEEDS FROM HOUSE FIRE | 0.00 | 46,693.20 | | 46,693.20 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 41.25 | FA |
| 11 | Assets    Totals  (Excluding unknown values) | **$35,020.00** | **$46,693.20** | | **$46,734.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 12/18/2006 09:17 AM    V.8.12

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 05-74370 MB | Trustee: | (330501) BRADLEY J. WALLER |
| Case Name: | WAGNER, MELISSA KAY | Filed (f) or Converted (c): | 08/26/05 (f) |
| | | §341(a) Meeting Date: | 10/14/05 |
| Period Ending: | 12/18/06 | Claims Bar Date: | 05/18/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** July 31, 2006        **Current Projected Date Of Final Report (TFR):** December 18, 2006  (Actual)

Printed: 12/18/2006 09:17 AM    V.8.12

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-74370 MB  
**Case Name:** WAGNER, MELISSA KAY  
**Taxpayer ID #:** 13-7492287  
**Period Ending:** 12/18/06  

**Trustee:** BRADLEY J. WALLER (330501)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****73-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/06 | | Country Mutual Insurance Company | Insurance payment for fire loss to property | | 5,595.31 | | 5,595.31 |
| | {10} | | Insurance payment            37,763.20 | 1110-000 | | | 5,595.31 |
| | | | Payment to Holcomb        -30,493.30<br>State Bank-Mortgage<br>payoff | 4110-000 | | | 5,595.31 |
| | | | Payment for services           -850.02<br>rendered to board up<br>property after the fire. | 2420-000 | | | 5,595.31 |
| | | | Winnebago County              -411.39<br>Clerk-2004 taxes | 2500-000 | | | 5,595.31 |
| | | | Chris and Melissa               -413.18<br>Wagner-exemption | 8100-002 | | | 5,595.31 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.05 | | 5,597.36 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.01 | | 5,600.37 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.33 | | 5,603.70 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.55 | | 5,607.25 |
| 05/01/06 | {10} | Country Mutual Insurance Company | Insurance coverage for Dwelling ($8,380.00) &<br>Trees, Shrubs, Plants & Lawns (550.00) | 1110-000 | 8,930.00 | | 14,537.25 |
| 05/11/06 | 1001 | Northern Illinois Service Company | Fee for Demolition of house and garage per<br>court order of 02/15/2006 | 2420-000 | | 8,930.00 | 5,607.25 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.16 | | 5,613.41 |
| 06/14/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 1.60 | | 5,615.01 |
| 06/14/06 | | To Account #********7366 | Transfer monies to Checking Account to make final distributions | 9999-000 | | 5,615.01 | 0.00 |
| 06/15/06 | | From Account #********7366 | Monies transfered back to interest bearing | 9999-000 | 5,615.01 | | 5,615.01 |

**Subtotals :**     **$20,160.02**     **$14,545.01**

{} Asset reference(s)     Printed: 12/18/2006 09:17 AM    V.8.12

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 05-74370 MB
**Case Name:** WAGNER, MELISSA KAY

**Taxpayer ID #:** 13-7492287
**Period Ending:** 12/18/06

**Trustee:** BRADLEY J. WALLER (330501)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****73-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | account. | | | | |
| 06/26/06 | 1002 | Lee Schwendner | Payment for Tax research and consultation | 3410-000 | | 243.75 | 5,371.26 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.48 | | 5,372.74 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.70 | | 5,376.44 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.65 | | 5,380.09 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.41 | | 5,383.50 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.77 | | 5,387.27 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.54 | | 5,390.81 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 2.00 | | 5,392.81 |
| 12/18/06 | | To Account #********7366 | Transfer monies to Checking Account to make final distributions | 9999-000 | | 5,392.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **20,181.57** | **20,181.57** | **$0.00** |
| | | | Less: Bank Transfers | | 5,615.01 | 11,007.82 | |
| | | | **Subtotal** | | **14,566.56** | **9,173.75** | |
| | | | Less: Payments to Debtors | | | 413.18 | |
| | | | **NET Receipts / Disbursements** | | **$14,566.56** | **$8,760.57** | |

{} Asset reference(s)

Printed: 12/18/2006 09:17 AM   V.8.12

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-74370 MB
**Case Name:** WAGNER, MELISSA KAY

**Taxpayer ID #:** 13-7492287
**Period Ending:** 12/18/06

**Trustee:** BRADLEY J. WALLER (330501)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****73-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/06 | | From Account #********7365 | Transfer monies to Checking Account to make final distributions | 9999-000 | 5,615.01 | | 5,615.01 |
| 06/15/06 | | To Account #********7365 | Monies transfered back to interest bearing account. | 9999-000 | | 5,615.01 | 0.00 |
| 12/18/06 | | From Account #********7365 | Transfer monies to Checking Account to make final distributions | 9999-000 | 5,392.81 | | 5,392.81 |
| | | | **ACCOUNT TOTALS** | | **11,007.82** | **5,615.01** | **$5,392.81** |
| | | | Less: Bank Transfers | | 11,007.82 | 5,615.01 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/18/2006 09:17 AM V.8.12

Case 05-74370 Doc 25 Filed 12/20/06 Entered 12/20/06 14:41:39 Desc Main
Document Page 10 of 17

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-74370 MB | **Trustee:** BRADLEY J. WALLER (330501) |
| **Case Name:** WAGNER, MELISSA KAY | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****73-66 - Checking Account |
| **Taxpayer ID #:** 13-7492287 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/18/06 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****73-65 | 14,566.56 | 8,760.57 | 0.00 |
| Checking # ***-*****73-66 | 0.00 | 0.00 | 5,392.81 |
| | $14,566.56 | $9,173.75 | $5,392.81 |

{} Asset reference(s)  Printed: 12/18/2006 09:17 AM   V.8.12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WAGNER, MELISSA KAY | ) | |
| | ) | CASE NO. 05-74370 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $            0.00 |
| Chapter 7 Administrative Expenses: | $        2,463.90 |
| Chapter 11 Administrative Expenses: | $            0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $            0.00 |
| Secured Tax Liens: | $            0.00 |
| Priority Tax Claims: | $            0.00 |
| Other Priority Claims (507(a)(9)): | $            0.00 |
| General Unsecured Claims: | $        2,928.91 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $        5,392.81 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $2,463.90 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| BRADLEY J. WALLER | 2,207.13 | 2,207.13 |
| BRADLEY J. WALLER | 256.77 | 256.77 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**  **PAGE 3**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | TOTAL | FINAL |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                 **PAGE 4**

| 9. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are | $16,233.55 | 18.04% |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 5**

paid in full)

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Fifth Third Bank | 8,809.05 | 1,589.36 |
| 2 | Worldwide Asset Purchasing, LLC | 6,326.11 | 1,141.38 |
| 3 | Recovery Management Systems Corporation For GE Money Bank | 1,098.39 | 198.17 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 6**

§726(a)(5) - Interest $0.00 0.00%

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   12/18/2006                            /s/ Bradley J. Waller
                                               BRADLEY J. WALLER, Trustee

**EXHIBIT D**

Melissa K. Wagner
05-74370

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee** DiGiovine, Hnilo, Jordan & Johnson, Ltd. Lee G. Schwendner, CPA 2600 East Main Street, Suite 7 St. Charles, IL 60174 | 243.75 | 0.00 | 243.75 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor** Gary C. Flanders Bankruptcy Clinic One Court Place Suite 201 Rockford, IL 61101 | 650.00 | 0.00 | 650.00 |
| **Other Professionals** Bradley J. Waller, Trustee Klein, Stoddard, Buck, Waller & Lewis 2045 Aberdeen Court Sycamore, IL 60178 | 0.00 | 2,463.90 | 2,463.90 |
| TOTAL | $ 893.75 | $ 2,463.90 | $ 3,357.65 |

**EXHIBIT G**