**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WAGNER, MELISSA KAY | ) | |
| | ) | CASE NO. 05-74370 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   THE HONORABLE MANUEL BARBOSA,
      BANKRUPTCY JUDGE

NOW COMES BRADLEY J. WALLER, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,207.13 as compensation, $0.00 of which has previously been paid, and $256.77 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $14,571.27**.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 957.13 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 2,207.13 | |

** Although the Trustee is allowed to compute compensation on all funds received in this estate totaling $46,321.27, the Trustee has decreased the amount by $31,750.00 in order to make funds available for distribution to unsecured creditors.

EXHIBIT E

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Trustee's Bond | $  42.00 |
| Travel | $  81.60 |
| Copies | $  46.50 |
| Postage | $  86.67 |

**TOTAL EXPENSES**  $  256.77

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:  12/18/2006            /s/ Bradley J. Waller
                              BRADLEY J. WALLER, TRUSTEE
                              KLEIN STODDARD BUCK WALLER
                              2045 ABERDEEN COURT
                              SYCAMORE, IL  60178

EXHIBIT E

Bradley J. Waller
Klein, Stoddard, Buck, Waller & Lewis
2045 Aberdeen Court
Sycamore, Illinois 60178
(815) 748-0380

RE:   Melissa K. Wagner
      05-74370
      Trustee Time

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 10/13/2005 | Review petition and schedules. | .25 |
| 10/14/2005 | Conduct meeting of creditors. | .25 |
| 10/18/2005 | eFile Trustee's No Asset Report. | .20 |
| 10/25/2005 | Received and reviewed correspondence from Attorney Flanders regarding fire damage to 2806 Sewell Street, Rockford, IL. | .50 |
| 10/25/2005 | eFile Withdraw of Trustee's No Asset Report. | .20 |
| 11/14/2005 | Received and reviewed correspondence from Attorney Flanders enclosing condemnation letters from the City of Rockford. | .20 |
| 11/16/2005 | Received and reviewed correspondence from Seth Gelander regarding insurance policy and coverage for debris removal. | .25 |
| 11/30/2005 | Received and reviewed correspondence from Attorney Flanders regarding clean up of property. | .30 |
| 12/05/2005 | Received and reviewed correspondence from Attorney Flanders regarding a cleanup contract of the lot and ownership of the same. | .30 |
| 12/06/2005 | Received and reviewed correspondence from Wes Eckerd of Country Insurance regarding a repair estimate for damaged property. | .25 |
| 12/12/2005 | Prepare correspondence to Attorney Flanders requesting debtor's endorsement of five (5) insurance checks. | .40 |
| 12/16/2005 | Received and reviewed correspondence from Attorney Flanders enclosing five (5) insurance checks and requesting endorsement. | .25 |
| 12/21/2005 | Received and reviewed correspondence from Bonnie Steder regarding payoff of debtors bank loan. | .25 |
| 12/23/2005 | Prepare correspondence to Bonnie Steder at Holcomb State Bank along with cc to US Trustee's Office and enclosing five (5) insurance checks and requesting endorsement. | .40 |

| Date | Description | Hours |
|---|---|---|
| 01/04/2006 | Received and reviewed correspondence from the City of Rockford with a listing of Licensed Demolition Contractors. | .50 |
| 01/04/2006 | Prepare correspondence to LDR Construction enclosing payment for work performed boarding up property after the fire. | .25 |
| 01/04/2006 | Prepare correspondence to Winnebago County Clerk enclosing payment for 2004 taxes | .25 |
| 01/11/2006 | Open Bank Account, deposit funds, apply for tax ID number | .50 |
| 01/11/2006 | Prepare correspondence to Attorney Flanders enclosing check payable to debtor as payment for exemption for loss of personal property. | .25 |
| 01/24/2006 | Prepare correspondence to Seth Gelander at Country Insurance and enclose demolition proposal and request information on status of funds available to pay for demolition. | .50 |
| 01/24/2006 | Received and reviewed correspondence from Wayne Klinger enclosing proposal for demolition. | .20 |
| 01/31/2006 | Review monthly bank statement and reconcile account. | .20 |
| 02/08/2006 | Prepare Notice and Motion Authorizing Removal of Residence Located at 2806 Sewell Street, Rockford, IL. | 1.50 |
| 02/15/2006 | Appear in court to obtain order Authorizing Removal of Residence Located at 2806 Sewell Street, Rockford, IL. | 1.25 |
| 02/15/2006 | eFile Initial Report of Assets. | .20 |
| 02/21/2006 | Prepare correspondence to Wayne Klinger at Northern Illinois Service Company regarding the proposal dated 01/24/2006 for demolition of 2806 Sewell St, Rockford, IL and enclosing order authorizing removal of residence. | .50 |
| 02/28/2006 | Review monthly bank statement and reconcile account. | .20 |
| 03/01/2006 | Received and reviewed correspondence from Seth Gelander from Country Insurance enclosing payment for debris removal of property. | .30 |
| 03/03/2006 | Prepare correspondence to Attorney Flanders enclosing payment in full for demolition of property and requesting debtor's endorsements. | .40 |
| 03/09/2006 | Received and reviewed correspondence from Attorney Flanders enclosing original insurance check endorsed by debtor. | .10 |
| 03/17/2006 | Prepare correspondence to Mr. Hoff regarding check from Country Insurance and Financial. | .25 |
| 03/27/2006 | Prepare correspondence to Bonnie Steder at Holcomb State Bank requesting endorsement of check. | .25 |
| 03/31/2006 | Review monthly bank statement and reconcile account. Prepare Forms 1 & 2 and submit same to US Trustee for review. | .80 |
| 03/31/2006 | Received and reviewed correspondence from Mr. Hoff regarding demolition of 2806 Sewell St. | .25 |

| Date | Description | Hours |
|---|---|---|
| 04/12/2006 | Prepare correspondence to Will Hoff, Northern Illinois Service Company requesting endorsement on check. | .25 |
| 04/13/2006 | Prepare correspondence to Will Hoff enclosing court order authorizing removal of residence located at 2806 Sewell St., Rockford, IL. | .10 |
| 04/30/2006 | Review monthly bank statement and reconcile account. | .20 |
| 05/31/2006 | Review monthly bank statement and reconcile account. | .20 |
| 06/2/2006 | eFile Individual Estate Property Record and Report and Cash Receipts and Disbursements Record. | .20 |
| 06/14/2006 | Review of Claims. | 1.00 |
| 08/20/2006 | Consult with Realtor regarding empty vacant lot. | .75 |
| 12/15/2006 | Review file and prepare Trustee's Final Report. | 2.0 |
|  | Court Appearance on Trustee's Final Report. | 1.25 |
|  | Preparation and execution of claim checks distribution. | .50 |
|  | Prepare Trustee's Final Account & Form 4 | 2.50 |
| Total |  | 21.6 |