Case Name:   MELISSA KAY WAGNER
Case No:     05-74370

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:  December 20, 2006       WILLIAM T. NEARY
                                            United States Trustee, Region 11


                                          BY:    */s/ Carole J. Ryczek*
                                                  CAROLE J. RYCZEK
                                                  Attorney for United States Trustee