**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WAGNER, MELISSA KAY | ) | |
| | ) | CASE NO. 05-74370 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: 211 South Court Street, Rockford, Illinois, 61101

    on: January 29, 2007
    at: 9:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                $        46,734.45

    b. Disbursements                           $        41,341.64

    c. Net Cash Available for Distribution     $         5,392.71

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 2,207.13 | $ 256.77 |
| Lee Schwendner, Accountant | $ 243.75 | $ 0.00 | $ 0.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

    none

6. Claims of general unsecured creditors totaling $\underline{\$16,233.55}$, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $\underline{18.04}$%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Fifth Third Bank | $ 8,809.05 | $ 1,589.36 |
| 2 | Worldwide Asset Purchasing, LLC | $ 6,326.11 | $ 1,141.38 |
| 3 | Recovery Management Systems Corporation For GE Money Bank | $ 1,098.39 | $ 198.17 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Cash on Hand
    b. Savings Account
    c. Checking Account
    d. Household Goods
    e. Wearing Apparel
    f. Jewelry
    g. 1999 Ford F150
    h. Lot: 2806 Sewell St., Rockford, IL

Dated: _____       For the Court,

                            By: _____
                                Clerk of the United States Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith                Page 1 of 1         Date Rcvd: Dec 21, 2006
Case: 05-74370                 Form ID: pdf002               Total Served: 34

The following entities were served by first class mail on Dec 23, 2006.
 db          +Melissa Kay Wagner,    2575 Lee Road,    West Brooklyn, IL 61378-9513
 aty         +Gary C Flanders,    1 Court Place Suite 201,    Rockford, IL 61101-1042
 tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
9736474      +AT&T,    %NCO Financial Services,    507 Prudential Road,    Horsham, PA 19044-2368
9736475      +AT&T Credit Management,    PO Bxo 57907,    Murray, UT 84157-0907
9736472      +AmCore Bank,    501 Seventh Street,    Rockford, IL 61104-1299
9736473      +Associated Bank,    200 North Adams Street,    Green Bay, WI 54301-5174
9736477       Capital One,    %TSYS Total Debt Management,    PO Box 6700,    Norcross, GA 30091-6700
9736476      +Capital One,    PO Box 85015,    Richmond, VA 23285-5015
9736478      +Christopher Wagner,    477 Main Street, #6,    Sycamore, IL 60178-2228
9736479       David Wagner,    201 Tilton Manor Drive,    Rochelle, IL 61068
9736480      +Direct Merchants Bank,    PO Box 21550,    Tulsa, OK 74121-1550
9736481       Direct Merchants Bank,    %National Asset Recovery,    2880 Dresden Drive,    Suite 200,
               Atlanta, GA 30341-3920
9736484       FCNB,    PO Box 92268,    Norcross, GA 30010
9736485     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,    GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,
               Cincinnati, OH 45263-0001)
9736482       Fairfield Acceptance Cor.,    7730 West Sahara Avenue, Sutie 105,    Las Vegas, NV 89117-2753
9736483       Fairfield Acceptance Corp.,    7730 West Sahara Avenue, Suite 105,    Las Vegas, NV 89117-2753
10616404     +Fifth Third Bank,    1850 E Paris Ave SE,    MD#ROPS05/Bankruptcy,    Grand Rapids MI 49546-6253
9736486      +Fifth Third Bank,    %Attorney John Pucin,    1419 Lake Cook Road,    Suite 480,
               Deerfield, IL 60015-5228
9736487      +GEMB/Sam's Club,    PO Bxo 981400,    El Paso, TX 79998-1400
9736488      +HHM,    %Mutual Management,    401 East State Stret,    Rockford, IL 61104-1027
9736491       HSBC Bank NV,    PO Bxo 98706,    Las Vegas, NV 89193-8706
9736489       Holcomb State Bank,    108 West Main Street,    Holcomb, IL 61043
9736492      +MCI,    %Prgressive Asset Management,    5924 East Los Angeles Avenue S,
               Simi Valley, CA 93063-5526
9736493       Providian,    PO Box 9007,    Pleasanton, CA 94566-9007
10672522     +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
9736494      +Rockford Academy,    3628 East State street,    Rockford, IL 61108-1916
9736495      +SBC,    %Encore Receivable Management,    400 North Rogers Road,    Olathe, KS 66062-1212
9736496      +SBC Corporation,    Bankruptcy Department,    PO Box 769,    Arlington, TX 76004-0769
9736497      +Swedish American Hospital,    %Mutual Management,    401 East State Street,
               Rockford, IL 61104-1027
9736498      +Swedish American Hospital MSO,    %Mutual Management,    401 East State Street,
               Rockford, IL 61104-1027
9736499      +Target National Bank,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3400
9736500      +Vivian Dorn,    1050 Meadow Lane,    Rochelle, IL 61068-1728
10670568     +Worldwide Asset Purchasing, LLC,    c/o West Asset Management, Inc.,    P. O. Box 672047,
               Marietta, GA 30006-0035
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9736490*      Holcomb State Bank,    108 West Main Street,    Holcomb, IL 61043
9736501*     +Vivian Dorn,    1050 Meadow Lane,    Rochelle, IL 61068-1728
                                                                                                TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 23, 2006**          **Signature:** *Joseph Speetjens*